UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
AT NEW HAVEN

CASE NO.: 3:24-cv-01779

ROBERT LANG,

        Plaintiff,

v.

GOSUPPS.COM LLC and DIGITAL INCORPORATIONS LLC,

        Defendants.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

**(INJUNCTIVE RELIEF DEMANDED)**

Plaintiff ROBERT LANG, by and through his undersigned counsel, brings this Complaint against Defendants GOSUPPS.COM LLC AND DIGITAL INCORPORATIONS LLC for damages and injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

1. Plaintiff ROBERT LANG ("Lang") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Lang's original copyrighted Work of authorship.

2. Lang is based in Santa Fe and New York and is a well-known photographer who specializes in lifestyle, travel and portrait photography, as well as the American West and cowboys. He has exhibited at the International Center for Photography in New York among other places

3. Defendant GOSUPPS.COM LLC ("GoSupps") is a retail sales web company that sells health supplies, beauty & personal care, food &beverages, home & garden, animals & pet

supplies, and electronics.  GoSupps is part of Digital Incorporations LLC. At all times relevant herein, GoSupps operated the website located at the internet URL www.gosupps.com (the "Website").

4. Defendant DIGITAL INCORPORATIONS LLC ("Digital") is the parent company of GoSupps. At all times relevant herein, upon information and belief, Digital owned the Website.

5. Defendants GoSupps and Digital are collectively referred to herein as "Defendants."

6. Lang alleges that Defendants copied Lang's copyrighted Work from the internet in order to advertise, market and promote their business activities.  Defendants committed the violations alleged in connection with Defendants' business for purposes of advertising and promoting sales to the public in the course and scope of the Defendants' business.

## JURISDICTION AND VENUE

7. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

8. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

9. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendants engaged in infringement in this district, Defendant Digital resides in this district, and Defendants are subject to personal jurisdiction in this district.

10. Defendant Digital is subject to personal jurisdiction in this district because it is a Connecticut Limited Liability Company.

11. Defendant GoSupps is subject to personal jurisdiction in this district because its illegal activities directed towards the State of Connecticut cause Plaintiff injury in Connecticut, and Plaintiff's claim arises out of those activities, pursuant to CT Gen Stat § 52-59b.

12. Defendants are subject to personal jurisdiction in Connecticut because they avail themselves of the laws of the State of Connecticut, and purposefully direct their activities toward and conduct business with consumers within the State of Connecticut and this district.

## DEFENDANTS

13. Gosupps.com LLC is a Delaware Limited Liability Company, with its principal place of business at 1000 North West Street, Suite 1200, Wilmington, Delaware, 19801, and can be served by serving its Registered Agent, American Incorporators Ltd., 1013 Centre Road, Suite 403-A, Wilmington, DE 19805.

14. Digital Incorporations LLC is a Connecticut Limited Liability Company, with its principal place of business at 2666 State St., Suite A-7, Hamden, Delaware, 19801, and can be served by serving its Registered Agent, Mohammad Hammoudi, at the same address.

## THE COPYRIGHTED WORK AT ISSUE

15. In 2020, Lang created the photograph entitled "CL_rugged-cowboy-with-a-saddle-on-a-mountain-range," which is shown below and referred to herein as the "Work".



16.     Lang registered the Work with the Register of Copyrights on September 22, 2020 as part of a group registration.  The Group Registration was assigned registration number VA 2-219-285.  The Certificate of Registration is attached hereto as **Exhibit 1**.

17.     At all relevant times Lang was the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY DEFENDANTS

18.     Defendants have never been licensed to use the Work at issue in this action for any purpose.

19.     On a date after the Work at issue in this action was created, but prior to the filing of this action, Defendants copied the Work.

20. On or about April 2, 2024, Lang discovered the unauthorized use of his Work on the Website as one of the images used to promote and sell a "Shapeable Cowboy Hat for Men Women Fedoras Wool Cap Outback Rocky Felt Cowgirl Jazz Hats with Silver Canyon Black Medium." The hat retails for $95.00.

21. As of October 28, 2024, the unauthorized use of the Work is still live on the Website.

22. Lang alleges that Defendants created a derivative of Lang's Work by adding a detachable fashion belt to the hat in the Work.

23. Defendants copied Lang's copyrighted Work without Lang's permission.

24. After Defendants copied the Work, they made further copies and distributed the Work on the internet to promote the sale of goods and services as part of their online retail sales business.

25. Defendants copied and distributed Lang's copyrighted Work in connection with Defendants' business for purposes of advertising and promoting Defendants' business, and in the course and scope of advertising and selling products and services.

26. Defendants committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

27. Lang never gave Defendants permission or authority to copy, distribute, display the Work at issue in this case, or make derivatives of the Work.

28. Lang notified Defendants of the allegations set forth herein on April 30, 2024 and May 16, 2024. To date, the parties have failed to resolve this matter.

## COUNT I
## <u>COPYRIGHT INFRINGEMENT</u>

29. Lang incorporates the allegations of paragraphs 1 through 28 of this Complaint as if fully set forth herein.

30. Lang owns a valid copyright in the Work at issue in this case.

31. Lang registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

32. Defendants copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Lang's authorization in violation of 17 U.S.C. § 501.

33. Defendants performed the acts alleged in the course and scope of its business activities.

34. Defendants' acts were willful.

35. Lang has been damaged.

36. The harm caused to Lang has been irreparable.

WHEREFORE, the Plaintiff ROBERT LANG prays for judgment against the Defendants GOSUPPS.COM LLC AND DIGITAL INCORPORATIONS LLC that:

a. Defendants and their officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b. Defendants be required to pay Lang his actual damages and Defendants' profits attributable to the infringement, or, at Lang's election, statutory damages, as provided in 17 U.S.C. § 504;

c. Lang be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

  d. Lang be awarded pre- and post-judgment interest; and

  e. Lang be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Lang hereby demands a trial by jury of all issues so triable.

Dated: November 8, 2024    Respectfully submitted,

    */s/ Joseph A. Dunne*
    JOSEPH A. DUNNE
    Bar Number: ct30816
    joseph.dunne@sriplaw.com

    **SRIPLAW, P. A.**
    41 Madison Avenue
    25th Floor
    New York, New York 10010
    929.200.8446 – Telephone
    561.404.4353 – Facsimile

    *Counsel for Plaintiff Robert Lang*